No. 97–327. CONSUMERS EDUCATION AND PROTECTIVE ASSN. ET AL. *v.* PENNSYLVANIA MILK MARKETING BOARD ET AL. Commw. Ct. Pa. Certiorari denied.

No. 97–331. BAKER HUGHES INC. ET AL. *v.* JIM ARNOLD CORP. ET AL. C. A. Fed. Cir. Certiorari denied.

No. 97–342. CARRERAS *v.* TEXAS. Ct. App. Tex., 14th Dist. Certiorari denied.

No. 97–353. SHIEH *v.* SUPREME COURT OF CALIFORNIA ET AL. Sup. Ct. Cal. Certiorari denied.

No. 97–384. RESHARD ET AL., CO-PERSONAL REPRESENTATIVES OF THE ESTATE OF RESHARD *v.* BRITT ET AL. C. A. 11th Cir. Certiorari denied.

No. 97–386. POLARIS INSURANCE CO., LTD. *v.* AQUA-MARINE CONSTRUCTORS, INC. C. A. 9th Cir. Certiorari denied.

No. 97–393. CAMOSCIO *v.* MULLIGAN, CHIEF JUSTICE, SUPERIOR COURT OF MASSACHUSETTS, ET AL. App. Ct. Mass. Certiorari denied.

No. 97–394. BROWN ET VIR *v.* UNIROYAL, INC., ET AL. C. A. 10th Cir. Certiorari denied.

No. 97–401. PRACTICE MANAGEMENT INFORMATION CORP. *v.* AMERICAN MEDICAL ASSN. C. A. 9th Cir. Certiorari denied.

No. 97–407. TEMPO, INC., DBA TEMPO WEST, INC. *v.* WEST, SECRETARY OF THE ARMY. C. A. Fed. Cir. Certiorari denied.

No. 97–413. DIAMANT BOART, INC. *v.* MARTIN, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF MARTIN, DECEASED. C. A. 4th Cir. Certiorari denied.

No. 97–425. BELL, T/A WES OUTDOOR ADVERTISING CO. *v.* NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION. Super. Ct. N. J., App. Div. Certiorari denied.